UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-235-1BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| CEDRIC JULES STANLEY | ) | |

Upon unopposed motion of the Government, and for the reasons set forth therein, and consistent with the opinion of the United States Court of Appeals for the Fourth Circuit in United States v. Simmons, 649 F.3d 237 (4th Cir. 2011), the Second Superseding Indictment as to this defendant is hereby dismissed.

This 25 October 2011.

_____
W. Earl Britt
Senior U.S. District Judge